# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hanen, Andrew S. | 2. Court or Organization<br><br>United States District Court - Texas | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>United States District Courthouse<br>600 E. Harrison St., #301<br>Brownsville, Texas 78520 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baylor Law School | 6/3/11 - 6/5/11 | Waco, TX | Judge at Mock Trial | Hotel |
| 2. | State Bar of Texas | 7/14/11 - 7/15/11 | San Antonio, Texas | CLE Panelist | Hotel and mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - Account #1 (See Note 2) | A | Interest | N | T | | | | | |
| 2. -Treasury Strips | | | | | | | | | |
| 3. -Chase Retirement Money Mkt Reserves | | | | | | | | | |
| 4. -Capstar Bank (CD) (See 2010 Report, Note 1) | | | | | | | | | |
| 5. IRA - Account #2 (See Note 3) | A | Dividend | K | T | | | | | |
| 6. -Merrill Lynch Money Mkt. Reserves | | | | | | | | | |
| 7. -Aberdeen Developing | | | | | | | | | |
| 8. -Blackrock Global | | | | | | | | | |
| 9. -First Eagle | | | | | | | | | |
| 10. -Ivy Asset Strategic | | | | | | | | | |
| 11. -Janus Forty | | | | | | | | | |
| 12. -Janus Overseas Fund | | | | | | | | | |
| 13. -Prudential Jennison (See 2010 Rpt Note 3 & 2011 Rpt Note 4) | | | | | | | | | |
| 14. -John Hancock Global | | | | | | | | | |
| 15. -Loomis Sayles Strategic | | | | | | | | | |
| 16. -Putnam Diversified | | | | | | | | | |
| 17. -Putnam Voyager | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -RS Partners FD | | | | | | | | | |
| 19. -Templeton Global Bond | | | | | | | | | |
| 20. IRA Account #3 (See Note 3) | C | Dividend | L | T | | | | | |
| 21. -Merrill Lynch Money Mkt. Reserves | | | | | | | | | |
| 22. -Aberdeen Developing | | | | | | | | | |
| 23. -Blackrock Global | | | | | | | | | |
| 24. -First Eagle | | | | | | | | | |
| 25. -Ivy Asset Strategy | | | | | | | | | |
| 26. -Janus Forty | | | | | | | | | |
| 27. -Janus Overseas Fund | | | | | | | | | |
| 28. -Prudential Jennison (See 2010 Rpt Note 3 & 2011 Rpt Note 4) | | | | | | | | | |
| 29. -John Hancock Global | | | | | | | | | |
| 30. -Loomis Sayles Strategic | | | | | | | | | |
| 31. -Putnam Diversified | | | | | | | | | |
| 32. -Putnam Voyager | | | | | | | | | |
| 33. -RS Partners FD | | | | | | | | | |
| 34. -Templeton Global Bond | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Retirement Account #1 | D | Int./Div. | N | T | | | | | |
| 36. -Fidelity Short Term Bond Fund | | | | | | | | | |
| 37. -Marshall Bond Fund | | | | | | | | | |
| 38. -Catapiller Bonds | | | | | Redeemed | 2/15/11 | L | A | |
| 39. -Duke Uni. Bonds | | | | | Redeemed | 5/5/11 | J | A | |
| 40. -Dartmouth College Bonds | | | | | | | | | |
| 41. -Fidelity Cash Reserves | | | | | | | | | |
| 42. -Allstate Life Bonds | | | | | Buy | 2/22/11 | K | | |
| 43. -Barclays Bank Bonds | | | | | Buy | 2/22/11 | K | | |
| 44. -Microsoft Bonds | | | | | Buy | 2/22/11 | K | | |
| 45. -Walmart Bonds | | | | | Buy | 2/22/11 | K | | |
| 46. Brokerage Account #1 | | | | | | | | | |
| 47. -Pearland ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 48. -Killeen Tex. Municipal Bonds | C | Interest | M | T | | | | | |
| 49. -Katy Tex. ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 50. -Lubbock Tx. Tax & Wtrworks Municipal Bonds | C | Interest | M | T | | | | | |
| 51. -Univ. Tex. Revs. Fin. Municipal Bonds | D | Interest | | | Redeemed | 8/15/11 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Georgetown ISD Municipal Bonds | B | Interest | | | Redeemed | 8/15/11 | L | A | |
| 53. -Ft. Worth Tex ISD Municipal Bonds | B | Interest | | | Redeemed | 2/15/11 | L | A | |
| 54. -Richardson Texas Municipal Bonds | B | Interest | | | Redeemed | 2/15/11 | L | A | |
| 55. -Allen Texas Rfdg. Municipal Bonds | B | Interest | | | Redeemed | 9/1/11 | L | A | |
| 56. -Plano ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 57. -Burleson Tex ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 58. -Port Neches Grove ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 59. -Brownsville Tx Uty Systm. Municipal Bonds | C | Interest | M | T | Buy | 2/17/11 | M | | |
| 60. -Hutto Tex. ISD Municipal Bonds | C | Interest | M | T | Buy | 3/30/11 | M | | |
| 61. Western Asset Mun. Money Mkt Fund (See Note 6) | A | Interest | J | T | | | | | |
| 62. Brokerage Account #2 (See Note 3) | | | | | | | | | |
| 63. -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 64. -Lower Col. Riv. Auth. Municipal Bonds | A | Interest | J | T | | | | | |
| 65. -Harris County Municipal Bonds | D | Interest | M | T | | | | | |
| 66. -University of N. Tex Municipal Bonds | B | Interest | L | T | | | | | |
| 67. -Sharyland ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 68. -Lancaster ISD Municipal Bonds | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -N. Tex. Twy. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 70. -Houston Tex. Higher Ed Municipal Bonds | B | Interest | L | T | | | | | |
| 71. BIF Tax Exempt (See Note 5) | A | Interest | J | T | | | | | |
| 72. Compass Bank | A | Interest | K | T | | | | | |
| 73. Northwestern Mutual EOL Life Ins #117 | A | Dividend | J | T | | | | | |
| 74. Northwestern Mutual EOL Life Ins #714 | A | Dividend | J | T | | | | | |
| 75. Northwestern Mutual Whole Life Ins #642 | A | Dividend | J | T | | | | | |
| 76. Northwestern Mutual Whole Life Ins #817 | C | Dividend | L | T | | | | | |
| 77. Northwestern Mutual Whole Life Ins #811 | C | Dividend | L | T | | | | | |
| 78. Northwestern Mutual EOL Life Ins #840 | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hanen, Andrew S. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The 2010 Report contained a typographical error. The description of the August 9, 2010 sale on line 42 of RS Emerging Mkts in IRA Account #2 was incorrectly listed as a partial sale. It was, in fact, a total sale.

2. The assets contained in IRA Account #1 was transferred internally to an affiliated institution by the institution holding them, but the undersigned did not buy or sell any assets and the assets as described herein and in prior years remain the same.

3. On October 20, 2011, all assets in IRA Account #2, IRA Account #3, and Brokerage Account #2 were subject to an intra-institution transfer, but the undersigned was not a participant in the transfer and the undersigned retained all of the same assets that existed before the transfer.

4. Jennison Natural is now known as Prudential Jennison. (See lines 13 and 28.)

5. The assets Merill Lynch CMA Tax Exempt Money Market referred to in last year's report remain in the same account, but it is named BIF Tax Exempt.

6. The Western Asset Municipal Money Market Fund was essentially absorbed into the Morgan Stanley Tax Free Income Trust and will be reported under that name in the 2012 report. The undersigned was not a participant in the transfer, rather it was done administratively by the brokerage firm. The undersigned retained all of the assets in the account that existed before the transfer.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Andrew S. Hanen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544